GEORGE O. BUTLER, Clerk Circuit Court, v. BULA E. CROKER.

156 So. 914.

Decision Filed September 21, 1934.

*Baker & White,* for Appellant;

*Paty, Warwick & Mooney,* for Appellee.

PER CURIAM.—This cause coming on to be heard upon the transcript of the record and briefs and argument of counsel, all of which have been duly considered, the court finds no error in the record, and the order and decree appealed from is accordingly affirmed.

Affirmed.

DAVIS, C. J., and WHITFIELD, BROWN and BUFORD, J. J., concur.